IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR 18 PM 5:10

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATEO ABARCA-URIOSTEGUI,

Defendant.

8:26CR37

INDICTMENT
8 U.S.C. § 1326(a) & (b)(1)

The Grand Jury charges:

COUNT I

On or about March 6, 2026, in the District of Nebraska, the defendant, MATEO ABARCA-URIOSTEGUI, an alien who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, MATEO ABARCA-URIOSTEGUI, was excluded, deported and removed from the United States subsequent to August 23, 2007.

In violation of Title 8, United States Code, Section 1326(a) & (b)(1).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

> UNITED STATES OF AMERICA,
> Plaintiff
>
> LESLEY A. WOODS
> United States Attorney
> District of Nebraska
>
> By: KIMBERLY C. BUNJER
> Assistant U.S. Attorney

2